**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6544**

—————

SAMUEL BURT,

Plaintiff – Appellant,

v.

JON OZMINT, Director; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS; W. EAGLETON; S. SKIPPER; J. SLIGH; J. BETHEA;
W. MCCRAE; MR. JACOBS; S. GOLDBERG; M. C. LINDSEY; C.
FLORIAN; MS. HOOKS,

Defendants – Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Solomon Blatt, Jr., Senior
District Judge. (3:11-cv-00247-SB-JRM)

—————

Submitted: July 21, 2011              Decided: July 26, 2011

—————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Samuel Burt, Appellant Pro Se. Samuel F. Arthur, III, AIKEN,
BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina,
for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Burt seeks to appeal the district court's order notifying the parties of certain administrative requirements and requiring Burt to notify the court of any changes of address. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Burt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2